**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shaundelle Dial,<br><br>    Petitioner,<br><br>v.<br><br>Mark Gutierrez,<br><br>    Respondent. | No. CV-24-00431-TUC-JGZ<br><br>**ORDER** |

    Pending before the Court is a Report and Recommendation issued by United States Magistrate Maria S. Aguilera. (Doc. 19.) Magistrate Judge Aguilera recommends granting Respondent Mark Gutierrez's Motion to Dismiss (Doc. 12) and denying Petitioner Shaundelle Dial's First Amended Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 6).

    This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985). *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

    The parties have not filed an objection to the Report and Recommendation and the

time to file objections has expired. As such, the Court will not consider any objections or new evidence.

Upon review of the record, the Court will adopt Magistrate Judge Aguilera's recommendations. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985). Petitioner claims a disciplinary hearing violated his right to due process and right to be free from cruel and unusual punishment. Magistrate Judge Aguilera found "Petitioner's claim that he was denied due process was without merit," and that the sanctions imposed on Petitioner of "the loss of 27 days of good conduct time, 30 days of disciplinary segregation, and the 1-year loss of commissary, phone, and tablet privileges" are "not grossly disproportionate to the offense", nor do they create "inhumane prison conditions, deprive Petitioner of basic necessities, or constitute a dramatic departure from accepted standards for conditions of confinement" in violation of the Eighth Amendment prohibition on cruel and unusual punishment. (*Id*. at 4-5 (internal citations omitted).)

Accordingly,

IT IS ORDERED that:

1. Magistrate Judge Aguilera's Report and Recommendation (Doc. 19) is **ADOPTED**.

2. Respondent's Motion to Dismiss Amended Petition (Doc. 12) is **GRANTED**.

3. Petitioner's First Amended Petition for Writ of Habeas Corpus (Doc. 6) is **DENIED**.

Dated this 26th day of March, 2025.

Jennifer G. Zipps
Chief United States District Judge